UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WALLACE J. DESMARAIS, JR., On Behalf of Himself and All Others Similarly Situated,<br><br>     Plaintiff,<br> v.<br><br>FIRST NIAGARA FINANCIAL GROUP, INC., NATHANIEL D. WOODSON, G. THOMAS BOWERS, GARY M. CROSBY, GEORGE M. PHILIP, CARL A. FLORIO, PETER B. ROBINSON, CARLTON L. HIGHSMITH, ROXANNE J. COADY, AUSTIN A. ADAMS, and SUSAN S. HARNETT,<br><br>     Defendants. | Case No. 1:15-cv-01226-LPS-CJB |

**STIPULATION AND [PROPOSED] ORDER CONCERNING DEFENDANTS' PENDING MOTION TO DISMISS AND PLAINTIFF'S COUNSEL'S ATTORNEYS' FEES AND EXPENSES**

WHEREAS, on October 30, 2015, First Niagara Financial Group, Inc. ("First Niagara" or the "Company") entered into a definitive merger agreement (the "Merger Agreement"), pursuant to which it will merge with and into KeyCorp, with KeyCorp continuing as the surviving corporation (the "Merger" or "Proposed Transaction");

WHEREAS, on or about November 30, 2015, First Niagara filed a Form S-4 Registration Statement with the United States Securities and Exchange Commission ("SEC") that contained a preliminary proxy statement for First Niagara's stockholders (the "Preliminary Proxy");

WHEREAS, on December 30, 2015, Plaintiff filed a class action complaint on behalf of himself and other First Niagara public stockholders against First Niagara and the First Niagara board of directors (Nathaniel D. Woodson, G. Thomas Bowers, Gary M. Crosby, George M. Philip, Carl A. Florio, Peter B. Robinson, Carlton L. Highsmith, Roxanne J. Coady,

Austin A. Adams, and Susan S. Harnett) ("Defendants") alleging that the Preliminary Proxy contained false and misleading statements and information and that consequently Defendants violated Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") (15 U.S.C. §§ 78n(a), 78t(a), and United States SEC Rule l4a-9);

WHEREAS, on February 4, 2016, First Niagara filed a Schedule 14A Definitive Proxy Statement (the "Proxy") with the SEC regarding the solicitation of stockholders to vote in favor of the Proposed Transaction and set the date for the stockholder vote to approve the Proposed Transaction for March 23, 2016;

WHEREAS, on or about January 13, 2016, Defendants filed a Motion to Dismiss (D.I. 4-5);

WHEREAS, on or about February 25, 2016, Plaintiff filed a Motion for Leave to File an Amended Complaint (D.I. 15), which was granted;

WHEREAS, on or about March 4, 2016, Plaintiff filed a Motion for Preliminary Injunction ("PI Motion") (D.I. 20);

WHEREAS, on or about March 7, 2016, the Court scheduled a hearing on Plaintiff's PI Motion for March 16, 2016;

WHEREAS, on March 9, 2016, First Niagara filed a Form 8-K with the SEC that contained a Supplement to the February 4, 2016 Proxy;

WHEREAS, on March 11, 2016, Defendants filed their opposition to Plaintiff's PI Motion;

WHEREAS, Plaintiff believes that the Proxy as amended after the commencement of this Action addressed certain of Plaintiff's allegations and the claim under Section 14(a) of the Exchange Act, and Plaintiff will not oppose Defendants' motion to

2

dismiss, but instead informed Defendants' counsel that he would move the Court to approve an application by his Counsel for an award of attorneys' fees and costs on the grounds that Defendants amended the Preliminary Proxy by filing the Proxy and then the March 8, 2016 Supplement and, in so doing, mooted Plaintiff's claims in response and due to the commencement of this Action ("Mootness Fee and Expense Application");

WHEREAS, Defendants intended to oppose Plaintiff's Mootness Fee and Expense Application; and

WHEREAS, Plaintiff and Defendants have reached a compromise on the issue of a Mootness Fee and Expenses.

**IT IS HEREBY ORDERED THAT:**

1. This action is hereby dismissed with prejudice in accordance with the parties' agreement on attorneys' fees and expenses.

Dated: March 21, 2016

**OF COUNSEL:**

**KAHN SWICK & FOTI, LLC**
Michael J. Palestina, Esq.
206 Covington Street
Madisonville, LA 70447
Tel.: (504) 455-1400
Email: Michael.Palestina@ksfcounsel.com

*Attorneys for Plaintiff*

**FARUQI & FARUQI, LLP**

By:/s/ *James R. Banko*
James R. Banko (#4518)
Derrick B. Farrell (#5747)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel: (302) 482-3182
Email: jbanko@faruqilaw.com
Email: dfarrell@faruqilaw.com

*Attorneys for Plaintiff*

**FARUQI & FARUQI, LLP**
Juan E. Monteverde
James M. Wilson, Jr.
685 Third Avenue, 26th Fl.
New York, NY 10017
Tel.: (212) 983-9330
Email: jmonteverde@faruqilaw.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**SULLIVAN & CROMWELL LLP**
Richard C. Pepperman II
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Email: peppermanr@sullcrom.com

*Attorneys for Defendants*

**SULLIVAN & CROMWELL LLP**
Laura Kabler Oswell
1870 Embarcadero Road
Palo Alto, California 94303-3308
Email: oswelll@sullcrom.com

*Attorneys for Defendants*

**RICHARDS, LAYTON & FINGER, P.A.**

By: /s/ *Raymond J. DiCamillo*
Raymond J. DiCamillo (#3188)
Sarah A. Clark (#5872)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: dicamillo@rlf.com
Email: sclark@rlf.com

*Attorneys for Defendants*

APPROVED AND SO ORDERED:

_____
MAGISTRATE JUDGE CHRISTOPHER J. BURKE